**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER RICHTER, on behalf of himself and all other persons similarly situated, known and unknown, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXCEL WINDOWS, INC. and PREBIL )<br>INSTALLATION CO., )<br>)<br>Defendant. ) | Case No. 15-cv-07061<br><br>Judge Sara L. Ellis |

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

PLEASE TAKE NOTICE that Plaintiff Christopher Richter, through counsel, hereby voluntarily dismisses this lawsuit, in its entirety, *with prejudice* and without costs to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: January 27, 2016       Respectfully submitted,

                             s/ Sarah J. Arendt_____
                             One of Plaintiff's Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
Sarah J. Arendt – sarendt@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Werman Salas P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
312-419-1008